IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VICTOR ORTEGA,                          )
        Plaintiff                       )
                                        )
                                        )
        v.                              )  CIVIL ACTION No. 09-cv-3878
                                        )
HUGH C. CLARK, ESQ., AND                )  (JURY TRIAL DEMANDED)
CLARK & McGILL                          )
        Defendants                      )
                                        )


STATEMENT OF JURISDICTION

The amount in controversy, without interest and costs

exceeds the sum or value specified by 28 U.S.C.A.§1332.

This action arises under the contract law (Quantum Meruit).


PLAINTIFF

Plaintiff Victor Ortega, is a citizen of the Commonwealth

of Pennsylvania, who at all times mentioned in this complaint

reside at 8831 Gap Newport Pike, Avondale, Pa. 19311, with a temporarily legal address in the F.C.I. Fort Dix, Post Office Box 2000, Fort Dix, New Jersey 08640.

## DEFENDANTS

Defendants Hugh C. Clark, Esq., and Clark & McGill are citizens of the Commonwealth of Pennsylvania, with his (their) principal place of business at Two Penn Center, 2nd Floor, Philadelphia, Pennsylvania 19103.

## STATEMENT OF FACTS

In October of 2006, plaintiff Victor Ortega has retained the legal services of the firm of Clark & McGill and/or Hugh C. Clark, Esq., of the Two Penn Center, 2nd Floor, Philadelphia, Pennsylvania 19103, to represent him in the matter of United States of America versus Victor Ortega, No.06-cr-582-02, for an advance payment fees of Twenty thousands ($20,000.00) dollars.

Thereof, plaintiff retained the same firm to represent his nephew Rolando Marte in the same criminal case for an advance payment fees of Fifteen Thousands ($15,000.00) dollars. See copies of the checks payments issued on October 23,30, 2006, November 29,30, 2006, and December 11,15, 2006, attached as exhibits "A"; "B"; and "C". However, the firm of Hugh C. Clark, Esq., and/or Clark & McGill, retained the legal services of Jerald Ingran, Esq., of the 315 Walnut Street, Suite 800, Philadelphia, PA 19102, to represent plaintiff's nephew Rolando Marte in the above matter.

Thereafter, four court's appearances and about eight visited at the Federal Detention Center, plaintiff terminated and/or discharged the above firm(s) of its/their duty and service and appointed another firms to represent them (plaintiff and his nephew Rolando Marte) in the above criminal matter.

Since the dismissal of the above, plaintiff has unsuccessfully attempted to communicate with the firm of Hugh C. Clark, Esq.

-3-

and/or Clark & McGill, for the refund/return of the unearned
money while he/they was/were hired to handle plaintiff and
Rolando Marte criminal case all the way up to trial, but he/they
was/were discharged of his/their duty and service shortly after
the above court's appearances.

## LEGAL CLAIMS

The Pennsylvania Supreme Court have recognized that an
attorney with a contract to perform a specific service for a
specific fee who is discharged may recover a proper amount for
his services as a Quantum Meruit basis.

The advance payment retainer and security retainer arran-
gements are subject to a lawyer's duty to refund to a client
of any unearned fees. Accordingly, the firm of Hugh C. Clark,
Esq., and/or Clark & McGill has a rights to compensation for
the services rendered prior to his/their termination only.

## DEMAND FOR JUDGMENT

Therefore, plaintiff demands that:

1. That the court entered a judgment against the defendants for Twenty Five Thousands ($25,000.00) dollars.

2. That the defendants pay plaintiff interest, costs, and reasonable legal fees; and

3. That the plaintiff be awarded any other just relief.

*Victor Ortega*

Victor Ortega
ID#60706-066
F.C.I. Fort Dix
Post Office Box 2000
Fort Dix, NJ 08640
(July 23, 2009)

EXHIBIT "A"

**LISA A. CURD**
P.O. BOX 130
TOUGHKENAMON, PA 19374

1730

DATE 10-23-06

PAY TO THE
ORDER OF _Clark & McGill, P.C._ $ 10,000.00

_Ten Thousand_ ____00____/100 DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

MEMO _Re: Victor Ortega_         _Lisa A. Curd_

⑆031000503⑆ ⑈1010041499339⑉ 1730 ⑆0001000000⑈

⑆031200730⑆
WACHOVIA NA SVC752 266 1T
PHILA, PA 19242006   02PK

092667124

Clark & McGill
For Deposit Only
7030000116975

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000010100411499339 | 10/24/2006 | $10,000.00 | 000000000001730 | 0000000000926871241 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1

**TEMPLE THE BEAUTIFUL**
1613 W 3RD ST
WILMINGTON, DE 19805-3542

528

62-10/311
BRANCH 302

Date _10/30/06_

Pay to the
Order of _Hugh Clark_     $ _5,000.00_

_Five Thousand_ ~~WSFSbank~~ Dollars

**WSFS bank**
WILMINGTON SAVINGS FUND SOCIETY, FSB
838 MARKET STREET, WILMINGTON, DE 19801

For _Rolando Martes_

_[signature]_     MP

⑈031100102⑈ 208467 2820⑈ 0528 ⑊0000500000⑊

EXHIBIT "B"



**TEMPLE THE BEAUTIFUL**
1613 W 3RD ST
WILMINGTON, DE  19805-3542

528
62-10/311
BRANCH 302

10/30/06  Date

Pay to the Order of   Hugh Clark      $ 5,000.00

Five Thousand      Dollars

**WSFS bank**
WILMINGTON SAVINGS FUND SOCIETY, FSB
838 MARKET STREET, WILMINGTON, DE 19801

For Rolando Martes       Yolanda Viviface       MP

⑈031100102⑈  208467  282⑈ 0528   ⑈0000500000⑈

---

**TEMPLE THE BEAUTIFUL**
1613 W 3RD ST
WILMINGTON, DE  19805-3542

538
62-10/311
BRANCH 302

11-29-06  Date

Pay to the Order of   Hugh Clark      $ 5,000.00

Five thousand and XX/100      Dollars

**WSFS bank**
WILMINGTON SAVINGS FUND SOCIETY, FSB
838 MARKET STREET, WILMINGTON, DE 19801

For Victor Ortega/Rolando Marte       MP

⑈031100102⑈  208467  282⑈ 0538   ⑈0000500000⑈

---

**TEMPLE THE BEAUTIFUL**
1613 W 3RD ST
WILMINGTON, DE  19805-3542

I. Ortega

539
62-10/311
BRANCH 302

11-30-06  Date
11-30-06

Pay to the Order of   Clark & McGill, PC      $ 5,000.00

Five thousand and XX/100      Dollars

**WSFS bank**
WILMINGTON SAVINGS FUND SOCIETY, FSB
838 MARKET STREET, WILMINGTON, DE 19801

For Victor Ortega/ Rolando Marte       Victor Ortega       MP

⑈031100102⑈  208467  282⑈ 0539   ⑈0000500000⑈

43



EXHIBIT "C"

**540**

62-10/311
BRANCH 302

**TEMPLE THE BEAUTIFUL**
1613 W 3RD ST
WILMINGTON, DE 19805-3542

12-11-06 Date

Pay to the
Order of    Clark & McGill, PC                    $ 5,000.00

Five thousand and xx/100                                    Dollars

**WSFS bank**
WILMINGTON SAVINGS FUND SOCIETY, FSB
838 MARKET STREET, WILMINGTON, DE 19801

For Victor Ortega / Rolando Marto

⑈031100102⑈ 208467 282⑈ 0540      ⑈0000 500000⑈

---

**541**

62-10/311
BRANCH 302

**TEMPLE THE BEAUTIFUL**
1613 W 3RD ST
WILMINGTON, DE 19805-3542

12-15-06 Date

Pay to the
Order of    Clark & McGill, PC                    $ 5,000.00

Five thousand and xx/100                                    Dollars

**WSFS bank**
WILMINGTON SAVINGS FUND SOCIETY, FSB
838 MARKET STREET, WILMINGTON, DE 19801

For Victor Ortega / Rolando Marto

⑈031100102⑈ 208467 282⑈ 0541      ⑈0000 500000⑈

